IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERRICK M. WRIGHT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 16-228-GMS |
| | ) |
| COMMERCIAL ACCEPTANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, the plaintiff, Errick M. Wright ("Wright"), filed this complaint without prepayment of the filing fee;

WHEREAS, on October 28, 2016, the court entered an order requiring Wright to complete and return a USM-285 form for the defendant, and informed Wright that the United States Marshals Service would not serve the complaint until the USM-285 form was received by the Clerk of Court, and that failure to provide the USM-285 form within thirty (30) days from the date of the order may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 6);

WHEREAS, to date, the required USM-285 form has not been received;

THEREFORE, at Wilmington this 9th day of Dec_____, 2016, IT IS HEREBY ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE